**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102

**POMERANTZ LLP**
Jeremy A. Lieberman
Murielle J. Steven Walsh
600 Third Avenue, 20th Floor
New York, NY 10016

*Attorneys for Lead Plaintiff Warren H. Schuler*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARREN H. SCHULER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> THE MEDICINES COMPANY, CLIVE A. MEANWELL, GLENN P. SBLENDORIO, and PAUL M. ANTINORI, <br><br> Defendants. | Case No. 2:14-cv-01149-CCC-MF <br><br> **DECLARATION OF MURIELLE J. STEVEN WALSH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Return Date: March 21, 2016 |

I, Murielle J. Steven Walsh, declare pursuant to 228 U.S.C. § 1746:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz") and am listed as counsel of record for Lead Plaintiff. I make this Declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

2.      I have personal knowledge of the facts set forth herein.

3.      Attached hereto are true and correct copies of the following:

{00193003;1 }                                      1

Exhibit A:   Stipulation of Settlement dated February 12, 2016 (the "Stipulation")

Exhibit B:   [Proposed] Order Preliminarily Approving Settlement and Providing for Notice ("Preliminary Approval Order")

Exhibit C:   Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing ("Notice")

Exhibit D:   Notice of Settlement of Class Action and Settlement Fairness Hearing ("Publication Notice")

Exhibit E:   Proof of Claim and Release

Exhibit F:   [Proposed] Final Judgment and Order of Dismissal with Prejudice ("Judgment")

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Dated: February 12, 2016        Respectfully submitted,

Murielle J. Steven Walsh
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, NY 10016