**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
(973) 623-3000

**POMERANTZ LLP**
Jeremy A. Lieberman
Murielle J. Steven Walsh
600 Third Avenue, 20th Floor
New York, NY 10016
(212) 661-1100

*Attorneys for Lead Plaintiff Warren H. Schuler*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARREN H. SCHULER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE MEDICINES COMPANY, CLIVE A. MEANWELL, GLENN P. SBLENDORIO, and PAUL M. ANTINORI,<br><br>Defendants. | Civil Action No.: 14-1149(CCC)(MF)<br><br>**NOTICE OF MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND LEAD PLAINTIFF AWARD**<br><br>Hearing Date: June 7, 2016 |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that on June 7, 2016 at 10:30 a.m., Lead Plaintiff Warren H. Schuler will make an unopposed motion under Federal Rule of Civil Procedure 23(e) for the entry of an order (1) awarding attorneys' fees of 33% of

the total recovery of $4,250,000; (2) awarding $33,569.20 in reimbursement for expenses; (3) granting a compensatory award of $3,500 to Lead Plaintiff; and (4) granting such other relief as the Court may deem just and proper.

This motion is based on the accompanying memorandum of law, the Declaration of Murielle J. Steven Walsh, the Declaration of Ryan Kao Regarding Notice Dissemination and Claims Administration, the Declaration of Lead Plaintiff Warren H. Schuler, the Court's file in this action, and any other information the Court may request. A proposed order will be submitted with Lead Counsel's reply papers no later than May 31, 2016, after the deadline for objections has passed.

Dated: May 10, 2016				Respectfully submitted,

**LITE DEPALMA GREENBERG, LLC**

 */s/ Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
(973) 623-3000

**POMERANTZ LLP**
Jeremy A. Lieberman
Murielle J. Steven Walsh
Aatif Iqbal
600 Third Avenue, 20th Floor
New York, NY 10016
(212) 661-1100

*Attorneys for Lead Plaintiff*