**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
(973) 623-3000

**POMERANTZ LLP**
Jeremy A. Lieberman
Murielle J. Steven Walsh
600 Third Avenue, 20th Floor
New York, NY 10016
(212) 661-1100

*Attorneys for Lead Plaintiff Warren H. Schuler*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARREN H. SCHULER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br>THE MEDICINES COMPANY, CLIVE A. MEANWELL, GLENN P. SBLENDORIO, and PAUL M. ANTINORI,<br><br>Defendants. | Civil Action No.: 14-1149(CCC)(MF)<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date: June 7, 2016 |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that on June 7, 2016 at 10:30 a.m., Lead Plaintiff Warren H. Schuler will make an unopposed motion under Federal Rule of Civil Procedure 23(e) for the entry of an order (1) certifying a class, for settlement purposes only, of all persons who purchased or otherwise acquired MDCO securities between January 8, 2013 and February 12, 2014, both dates inclusive; (2)

finally approving the proposed settlement as set forth in the Stipulation of Settlement dated February 12, 2016 and preliminarily approved by this Court on February 25, 2016; (3) approving the proposed Plan of Allocation; and (4) granting such other relief as the Court may deem just and proper.

This motion is based on the accompanying memorandum of law, the Declaration of Murielle J. Steven Walsh, the Declaration of Ryan Kao Regarding Notice Dissemination and Claims Administration, the Declaration of Lead Plaintiff Warren H. Schuler, the Court's file in this action, and any other information the Court may request. A proposed order will be submitted with Lead Counsel's reply papers no later than May 31, 2016, after the deadline for objections has passed.

Dated: May 10, 2016                         Respectfully submitted,

**LITE DEPALMA GREENBERG, LLC**

 */s/ Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
(973) 623-3000

**POMERANTZ LLP**
Jeremy A. Lieberman
Murielle J. Steven Walsh
Aatif Iqbal
600 Third Avenue, 20th Floor
New York, NY 10016
(212) 661-1100

*Attorneys for Lead Plaintiff*