**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
Jeffrey A. Shooman
570 Broad Street, Suite 1201
Newark, NJ 07102

**POMERANTZ LLP**
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, NY 10016

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, IL 60603

*Counsel for Lead Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARREN H. SCHULER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE MEDICINES COMPANY, CLIVE A. MEANWELL, GLENN P. SBLENDORIO, and PAUL M. ANTINORI,<br><br>Defendants. | Case No. 2:14-cv-01149-CCC-MF<br><br>**CLASS ACTION** |

### ORDER AWARDING ATTORNEYS' FEES, EXPENSES, AND LEAD PLAINTIFF AWARD

This matter came before the Court for a hearing pursuant to the Order Preliminarily Approving Settlement and Providing for Notice ("Notice Order") dated February 25, 2016, on the application of the Settling Parties for approval of the Settlement set forth in the Stipulation of Settlement dated February 12, 2016 (the "Stipulation"). This Court has jurisdiction over the subject matter of the Action and over all Settling Parties to the Action, including all Class Members. Due and adequate notice having been given to the Class pursuant to the Notice Order,

and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises, it is hereby ORDERED that:

1) The Court hereby awards to Lead Counsel attorneys' fees of $ 1,402,500 and $ 33,569.20 in reimbursement for litigation expenses, together with the interest earned on both amounts for the same time period and at the same rate as that earned on the Settlement Fund until paid.

2) The Court hereby grants an award of $ 3,500 to Lead Plaintiff Warren H. Schuler.

3) The amounts awarded shall immediately be paid to Lead Counsel and Lead Plaintiff, subject to the terms and conditions set forth in the Stipulation.

IT IS SO ORDERED.

DATED: June 24, 2016

_____
Honorable Claire C. Cecchi
United States District Judge