| | |
|---|---|
| **LITE DEPALMA GREENBERG, LLC**<br>Bruce D. Greenberg<br>Jeffrey A. Shooman<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102 | **POMERANTZ LLP**<br>Jeremy A. Lieberman<br>600 Third Avenue, 20th Floor<br>New York, NY 10016 |

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, IL 60603

*Counsel for Lead Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARREN H. SCHULER, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>THE MEDICINES COMPANY,<br>CLIVE A. MEANWELL,<br>GLENN P. SBLENDORIO, and<br>PAUL M. ANTINORI,<br><br>                    Defendants. | Case No. 2:14-cv-01149-CCC-MF<br><br>**CLASS ACTION** |

### ORDER APPROVING PLAN OF ALLOCATION

This matter came before the Court for a hearing pursuant to the Order Preliminarily Approving Settlement and Providing for Notice ("Notice Order") dated February 25, 2016, on the application of the Settling Parties for approval of the Settlement set forth in the Stipulation of Settlement dated February 12, 2016 (the "Stipulation"). This Court has jurisdiction over the subject matter of the Action and over all Settling Parties to the Action, including all Class Members. Due and adequate notice having been given to the Class pursuant to the Notice Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises, it is hereby ORDERED that:

The Plan of Allocation set forth in the Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing is APPROVED as fair, reasonable, and adequate.

IT IS SO ORDERED.

DATED: June 24, 2016

Honorable Claire C. Cecchi
United States District Judge